IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ALAN LAYTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>    Defendants.<br>_____/ | No. 2:12-CV-1877-MCE-CMK<br><br><br><br>ORDER |

      Plaintiff, who is proceeding pro se, brings this civil action. Good cause appearing therefor, the scheduling conference currently set for November 28, 2012, before the undersigned in Redding, California, is vacated pending final resolution of defendants' motions to dismiss.

      IT IS SO ORDERED.

DATED: November 21, 2012

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE